UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| BILLINGNETWORK.COM, INC. | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) Case No. 8:04-cv-2749-T-30MAP |
| NDC HEALTH CORPORATION | ) |
| and | ) |
| SUNRISE SERVICES, L.L.C. | ) |
| | ) |
| Defendants. | ) |
| | ) |

FINAL JUDGMENT AS TO DEFENDANT, SUNRISE SERVICES, L.L.C., ONLY

The parties hereto, having agreed upon a compromise and settlement of the matters in issue between them, and to the entry of this Final Judgment.

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

1. Plaintiff, Billingnetwork.com, Inc., is a Florida corporation having a place of business within this judicial district.

2. Defendant, Sunrise Services, L.L.C. ("Sunrise"), is a corporation existing under the laws of the Commonwealth of Kentucky who has consented to the jurisdiction of this judicial district in this action.

3. United States Patent No. 6,374,229 issued to Susan Lowrey and Richard A. Krumholz on April 16, 2002 is good and valid.

3. United States Patent No. 6,374,229 issued to Susan Lowrey and Richard A. Krumholz on April 16, 2002 is good and valid.

4. Plaintiff's successor-in-interest, Billingnetwork Patent, Inc., a Florida corporation having a principal place of business within this judicial district, is the owner of United States Patent No. 6,374,229, and this Court has jurisdiction over the plaintiff, plaintiff's successor-in-interest, and defendant, and over the subject matter at issue.

5. Defendant Sunrise has used an Internet-based medical billing system that incorporates NDCHealth Medisoft software subsequent to October 9, 2003. Specifically, Sunrise has used an Internet-based medical billing system that incorporates NDCHealth Medisoft software that infringed claim 1 of the '229 patent.

6. The Internet-based medical billing system infringes claim 1 of United States Patent No. 6,374,229.

7. The compromise and settlement of this dispute is set forth upon the terms and provisions in a written Settlement Agreement, the terms of which shall remain confidential, between the parties of even date herewith.



Page 2 of 4

8. In consideration of the compromise and settlement of this action, defendant Sunrise and its agents, servants, employees and officers while employed by defendant and all persons in active concert with defendant are permanently enjoined and restrained against the unauthorized manufacture, use, sale, or lease of any medical billing systems which are normally used in a manner to practice any of the claims of United States Letters Patent No. 6,374,229 during the unexpired term thereof.

9. In consideration of the compromise and settlement of this action, defendant Sunrise and its agents, servants, employees and officers while employed by defendant and all persons in active concert with defendant are permanently enjoined and restrained against the unauthorized manufacture, use, sale, or lease of any Internet-based medical billing systems that incorporate NDCHealth Medisoft software which are normally used in a manner to practice any of the claims of United States Letters Patent No. 6,374,229 during the unexpired term thereof.

10. Each party shall bear its own costs and attorneys' fees.



11. Upon entry of this Final Judgment, this action is ~~and shall be dismissed without prejudice~~ AS to DEFENDANT, SUNRISE SERVICES, L.L.C., ONLY, in accordance with the stipulation of the parties and this Final Judgment, notice by the Clerk being waived. *JSM,D.*

~~12. The Court shall retain jurisdiction to enforce this Judgment.~~ *JSM,D.*

ENTERED THIS 29 day of June, 2005.

*/s/ James S. Moody*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

APPROVED AND CONSENTED TO BY PLAINTIFF:

*/s/ Richard A. Krumholz*
Richard A. Krumholz, M.D.
Title: CEO

APPROVED AND CONSENTED TO BY DEFENDANT:

*/s/ Thomas S Clark*
Thomas S. Clark
Title: President

Page 4 of 4