UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BILLINGNETWORK.COM, INC.,**

    **Plaintiff,**

v.                        Case No.  8:04-cv-2749-T-30MAP

**NDC HEALTH CORPORATION, et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Stipulation for Dismissal (Dkt. #42).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice, each party to pay its own costs and attorney's fees.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on March 23, 2006.

                                                JAMES S. MOODY, JR.
                                              UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2004\04-cv-2749.dismissal 42.wpd